UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

**MEMORANDUM & ORDER**

                    Plaintiff,          25-CV-2725 (EK)(SDE)

          -against-

ESTHER ADLER O'KEEFE, DAVID ADLER,
WILLIAM ADLER, AND ROSARY LIOTTA
ADLER,

                    Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

          The Court has received Magistrate Judge Eichenholtz's Report and Recommendation (R&R) dated March 24, 2026.  ECF No. 53.  Judge Eichenholtz recommends that the Court grant The Northwestern Mutual Life Insurance Company's ("Northwestern Mutual") motion for interpleader deposit and enter an order directing Northwestern Mutual to deposit the Insured's life insurance policy proceeds into the Court's registry within fourteen days.  Once those funds have been deposited, Judge Eichenholtz recommends that the Court enter an order (i) permanently enjoining and restraining Defendants from commencing or further prosecuting other proceedings in any state or federal court in connection with the policy benefits; (ii) discharging Northwestern Mutual from all liability in

connection with, arising out of, or relating to this action, the policy, and the policy benefits; and (iii) dismissing Northwestern Mutual from this action with prejudice.  Lastly, Judge Eichenholtz recommends that the Court grant Northwestern Mutual's request to make a formal fee application.

Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Eichenholtz's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, Northwestern Mutual is ordered to deposit the Insured's life insurance policy proceeds into the Court's registry within 14 days.  Once Northwestern Mutual has done so, the Court will enter an order (i) permanently enjoining and restraining Defendants from commencing or further prosecuting other proceedings in any state or federal court in connection with the policy benefits; (ii) discharging Northwestern Mutual from all liability in connection with, arising out of, or relating to this action, the policy, and the policy benefits; and (iii) dismissing Northwestern Mutual from this action with prejudice.

Northwestern Mutual's request to make a formal fee application

is also granted.


SO ORDERED.


_/s/ Eric Komitee_____

ERIC KOMITEE

United States District Judge



Dated:    May 1, 2026
          Brooklyn, New York